## NARINSKY v. FIDELITY SURETY CO.

### (Supreme Court, Appellate Term.   March 21, 1905.)

INSURANCE—ACTION ON POLICY—PRODUCTION OF BOOKS—DEMAND.
Failure of plaintiff, in an action on a fire policy on a stock of goods, to produce books and vouchers, may not be complained of, there having been no proper demand for their production.

[Ed. Note.—For cases in point, see vol. 28, Cent. Dig. Insurance, §§ 1348, 1385.]

Appeal from City Court of New York, Special Term.

Action by Sarah Narinsky against the Fidelity Surety Company, as attorney in fact, and representing John W. Newberry and others, underwriters of the Fidelity Insurance Association, on a fire policy on a stock of goods.   From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before SCOTT, O'GORMAN, and BLANCHARD, JJ.

W. E. Kisselburgh, for appellant.
Goldfogle, Cohn & Lind, for respondent.

BLANCHARD, J.   Only one ground of error need be referred to, and that relates to the failure to produce books, papers, and vouchers. In the first place, there was not a proper demand for their production, and, in the second place, their nonproduction was sufficiently excused. The judgment should be affirmed, with costs.   All concur.